STATE OF NEW JERSEY IN THE INTEREST OF R.E.

October 5, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ANDREW WILLIAMS.

October 5, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. NELSON MENDEZ.

October 5, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ALBERTO FELL.

October 5, 1982.

Petition for certification denied.